FILED

09/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0498



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23 - 0498

Matthew Mark LaForge,

Petitioner,

v.

STATE OF MONTANA,
JIM SALMONSEN, WARDEN MSP

Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: September 6, 2023.

BOWEN GREENWOOD
Clerk of the Supreme Court